IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ELDRA J. GRAVES,** | ) | |
| | ) | |
| **Defendant.** | ) | No. 06-CR-30124 |

**ORDER**

**HERNDON, District Judge:**

      Before the Court is a motion to continue trial submitted by Defendant. (Doc. 15.) Defendant has informed the court that he and the government are engaged in ongoing plea negotiations. Furthermore, Defendant is awaiting discovery from the government that could impact the plea negotiations. The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial because failure to grant a continuance would unreasonably interfere with the current plea negotiations, which if successful would serve all parties' interest in a just and efficient outcome. Therefore, the Court **GRANTS** Defendant's motion to continue (Doc. 15) and continues the trial scheduled for December 4, 2006 for Defendant until January 29, 2007 at 9:00 a.m. The time from the date Defendant's motion was

raised, November 22, 2006, until the date on which the trial is rescheduled, January 29, 2007, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 27th day of November, 2006.

/s/        David   RHerndon
**United States District Judge**
