IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **ELDRA J. GRAVES,** ) | |
| ) | |
| **Defendant.** ) | No. 06-CR-30124 |

### ORDER

**HERNDON, District Judge:**

Before the Court is a motion to continue trial submitted by Defendant. (Doc. 18.) The motion is unopposed. Defendant has informed the court that a written plea agreement between Defendant and the government is imminent. The parties have agreed upon the principle terms of the agreement; an actual written agreement is expected within a week. The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial because failure to grant a continuance would deny the parties the opportunity to enter into a plea agreement, an outcome which would serve the interests of all the parties involved. Therefore, the Court **GRANTS** Defendant's motion to continue (Doc. 18) and continues the trial scheduled for January 29, 2007 for Defendant until March 5, 2007 at 9:00 a.m. The time from the date Defendant's motion was raised, January

23, 2007, until the date on which the trial is rescheduled, March 5, 2007, is excludable time for the purposes of speedy trial.

  **IT IS SO ORDERED**.

  Signed this 24th day of January, 2007.

                /s/   David RHerndon
                **United States District Judge**