IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**ELDRA J. GRAVES,**

**Defendant.**                                                                 No. 06-CR-30124

### ORDER

**HERNDON, District Judge:**

Pending before the Court is a motion to withdraw as counsel (Doc. 24). Specifically, Graves' attorney, Stephen Williams, moves to withdraw because of a conflict of interest. Said motion is **GRANTED**. Thus, the Court **APPOINTS** attorney Ronald E. Jenkins, 10 South Brentwood Boulevard, Suite 200, St. Louis, Missouri 63105, to represent Graves in this matter. The Court reminds the parties that this matter is set for sentencing on May 29, 2007 at 9:30 a.m.

**IT IS SO ORDERED.**

Signed this 5th day of April, 2007.

/s/     David    RHerndon
United States District Judge