IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ELDRA J. GRAVES,** | ) | |
| | ) | |
| **Defendant.** | ) | No. 06-CR-30124 |

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendant Eldra J. Graves' Motion to Continue Sentencing. (Doc. 32.) The motion is unopposed. The Court, being fully advised in the premises, and for the reasons stated in said motion, **GRANTS** Defendant's motion. (Doc. 32.) The sentencing is now set for August 16, 2007 at 3:00 p.m.

**IT IS SO ORDERED**.

Signed this 3rd day of May, 2007.

/s/      David   RHerndon
**United States District Judge**

1