IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELDRA J. GRAVES,

    Defendant.                                              Case No. 06-cr-30124-DRH

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendant Eldra J. Graves' Second Motion to Continue Sentencing. (Doc. 37.) The Motion is unopposed. The Court, being fully advised in the premises, and for the reasons stated in said Motion, **GRANTS** Defendant's Motion. (Doc. 37.) The sentencing is hereby rescheduled for **November 15, 2007 at 9:30 a.m.**

    **IT IS SO ORDERED**.

Signed this 2nd day of July, 2007.

                                                          /s/      David RHerndon
                                                      **United States District Judge**